AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of __DELAWARE__

Plaintiff

V.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

FILED
AUG 22 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CASE NUMBER: __08-539__

I, __The Class of Plaintiffs'__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __Delaware Correctional Center__

   Are you employed at the institution? __No__    Do you receive any payment from the institution? __No__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __N/A__

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends              ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments       ☐ Yes    ☒ No
   e. Gifts or inheritances                             ☒ Yes    ☐ No
   f. Any other sources                                 ☐ Yes    ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive. __Source of money is in the form of gifts by family members - some of the time.__

(1)

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.  Do you have any cash or checking or savings accounts?    (• • Yes)    • • No

    If "Yes" state the total amount $ see attached forms

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

    • • Yes    (• No)

    If "Yes" describe the property and state its value. N/A

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable. N/A

I declare under penalty of perjury that the above information is true and correct.

8-21-08
DATE

① Class Counsel John C. Johnson, and Class. #279192
SIGNATURE OF APPLICANT

② William Gregory #411406    ③ Daymin G. Schl #374421

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

④ Bryant Bangs #218687   ⑤ Ronald H Brooks #294765   ⑥ Carlos Jackson #273677
⑦ Jenel Baine #450217    ⑧ John Call #136234         ⑨ Brandon Owens #501783
⑩ Chris Rogers #308180   ⑪ Michael L Jones #417267   ⑫ James Caulk #293676

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO:  _Fenel Baine_  SBI#: _450212_

FROM:  Stacy Shane, Support Services Secretary

RE:  **6 Months Account Statement**

DATE:  _7/29/08_

FILED
AUG 22 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of _January 1, 2008_ to _June 30, 2008_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Jan | $21.71 |
| Feb | 26.64 |
| Mar | 41.63 |
| Apr | 54.15 |
| May | 41.43 |
| June | 13.70 |

Average daily balances/6 months: $33.21

Attachments
CC:  File

_Mercedes Vallin_
7/29/08

_Candy Powers_
7/29/08

(9)

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: Bryant Banks  SBI#: 218687

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: 7/29/08

FILED
AUG 22 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of January 1, 2008 to June 30, 2008.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Jan | $91.41 |
| Feb | 249.03 |
| Mar | 262.36 |
| Apr | 236.12 |
| May | 170.43 |
| June | 292.49 |

Average daily balances/6 months: $216.97

Attachments
CC: File

Mercedes Valler
7/29/08

Candy Forner
7/29/08

(6)

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO:     Ronald F. Brooks          SBI#: 294765

FROM:   Stacy Shane, Support Services Secretary

RE:     **6 Months Account Statement**

DATE:   7/29/08

FILED
AUG 22 2008
U.S DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of
January 1, 2008 to June 30, 2008.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Jan | $320.18 |
| Feb | 365.23 |
| Mar | 329.43 |
| Apr | 323.46 |
| May | 296.93 |
| June | 309.80 |

Average daily balances/6 months: $324.17

Attachments
CC:  File

Mercedes Vallen
7/29/08

Carol Forner
7/29/08

(7)

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: John Folks     SBI#: 126234

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: 7/29/08

FILED
AUG 22 2008
US DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of January 1, 2008 to June 30, 2008.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Jan | $81.02 |
| Feb | 91.62 |
| Mar | 53.90 |
| Apr | 58.91 |
| May | 54.54 |
| June | 11.57 |

Average daily balances/6 months: $58.59

Attachments
CC: File

Mercedes Valler
7/29/08

[signature]
7/29/08

(10)

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

08-530

TO: William Gregory    SBI#: 411406

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: 7/29/08

FILED
AUG 22 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of January 1, 2008 to June 30, 2008.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Jan | $307.09 |
| Feb | 381.44 |
| Mar | 383.33 |
| Apr | 319.03 |
| May | 262.34 |
| June | 277.68 |

Average daily balances/6 months: 321.82

Attachments
CC: File

Mercedes Vallen
7/29/08

Carol Toney
7/29/08

(4)

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: Carlos Jackson     SBI#: 273677

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: 7/29/08

FILED
AUG 22 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of January 1, 2008 to June 30, 2008.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Jan | $142.05 |
| Feb | 197.40 |
| Mar | 196.76 |
| Apr | 319.72 |
| May | 255.28 |
| June | 191.58 |

Average daily balances/6 months: $217.13

Attachments
CC: File

Mercedes Vallin
7/29/08

[signature]
7/29/08

(8)

## DELAWARE CORRECTIONAL CENTER
## SUPPORT SERVICES OFFICE
## MEMORANDUM

08-539

TO: *John Johnson*   SBI#: *279192*

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: *7/29/08*

FILED
AUG 22 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of *January 1, 2008* to *June 30, 2008*.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Jan | $42.76 |
| Feb | 56.09 |
| Mar | 177.50 |
| Apr | 137.37 |
| May | 77.89 |
| June | 17.24 |

Average daily balances/6 months: $84.81

Attachments
CC: File

*Mercedes Valler*
7/29/08

*Carroll Meeuw*
7/29/08

(3)

# DELAWARE CORRECTIONAL CENTER
## SUPPORT SERVICES OFFICE
## MEMORANDUM

TO: _Brandon Owens_   SBI#: _501783_

FROM:   Stacy Shane, Support Services Secretary

RE:   **6 Months Account Statement**

DATE:   _8/5/08_

**FILED**
AUG 22 2008
US DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of _May 15, 2008_ to _July 31, 2008_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Feb | |
| March | |
| Apr | |
| May | 43.05 |
| June | 89.45 |
| July | 54.26 |

Average daily balances/6 months: $ 65.35

Attachments
CC: File

_Mercedes Vallen_
8/5/08

_Carol [signature]_
8/5/08

(11)

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: _Daymien Roberts_  SBI#: _374421_

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: _8/1/08_

**FILED**
**AUG 22 2008**
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of _February 1, 2008_ to _July 31, 2008_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Feb | 99.65 |
| Mar | 132.17 |
| Apr | 150.86 |
| May | 155.88 |
| Jun | 80.93 |
| Jul | 47.41 |

Average daily balances/6 months: $111.15

Attachments
CC: File

_Mercedes Vallin_
8/1/08

_Jeanette L Haver_
8/1/08

(5)

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO:       *Chris Rogers*                SBI#: *308180*

FROM:   Stacy Shane, Support Services Secretary

RE:      **6 Months Account Statement**

DATE:    *8/5/08*

*FILED*
*[date illegible] 2008*
*COURT [DELA]WARE*

Attached are copies of your inmate account statement for the months of *Feb 1, 2008* to *July 31, 2008*.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Feb | 19.22 |
| March | 9.46 |
| Apr | 9.69 |
| May | 9.64 |
| June | 12.72 |
| July | 16.86 |

Average daily balances/6 months: *$12.88*

Attachments
CC: File

*Mercedes Vallin*
*8/5/08*

*[signature]*
*8/5/08*

(12)