IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JOHN C. JOHNSON,                      )
WILLIAM GREGORY, DAYMIEN J.           )
ROBERTS, BAYANT BANKS,                )
RONALD F. BROOKS, CARLOS              )
JACKSON, FENEL BAINE, JOHN            )
FOLKS, BRANDON OWENS, CHRIS           )
ROGERS, MICHAEL L. JONES,             )
 AND JAMES CAULK,                     )
                                      )
            Plaintiffs,               )
                                      )
      v.                              ) Civil Action No. 08-539-GMS
                                      )
CARL DANBERG, et. al.                 )
                                      )
            Defendants.               )

**ORDER**

1.  The plaintiffs, pro se litigants who are presently incarcerated, have filed this action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee or a request to proceed in forma pauperis.

2.  The plaintiffs are jointly and severally liable for the $350.00 filing fee. Pursuant to 28 U.S.C. § 1915(b), the plaintiffs shall be assessed the filing fee of $350.00.

3.  Pursuant to the requirements of 28 U.S.C. § 1915(a)(1) and (2), and in order to determine the schedule of payment of the filing fee, each plaintiff shall submit a request to proceed in forma pauperis (AO Form 240 - Application to Proceed Without Prepayment of Fees). Furthermore, each plaintiff shall submit to the Clerk of Court, a certified copy of his trust

fund account statement (memorandum or institutional equivalent, **with attachments)** showing all deposits, expenditures and balances during the six-month period, immediately preceding the filing of the complaint, obtained from the appropriate official at the institution at which the plaintiff is confined. **FAILURE OF A PLAINTIFF TO RETURN THE REQUESTED INFORMATION WITHIN 30 DAYS FROM THE DATE THIS ORDER IS SENT SHALL RESULT THE PLAINTIFF'S DISMISSAL FROM THIS ACTION WITHOUT PREJUDICE. NOTWITHSTANDING ANY PAYMENT MADE OR REQUIRED, THE COURT SHALL DISMISS THE CASE IF THE COURT DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS MONETARY RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH RELIEF.**

    4. Pursuant to 28 U.S.C. § 1915(g), if a plaintiff has had three or more actions dismissed by the Court on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, then the Court shall deny the plaintiff leave to proceed in forma pauperis in all future suits filed without prepayment of the filing fee, unless the Court determines that the plaintiff is under imminent danger of serious physical injury.

DATED: September 5, 2008

United States District Judge

AO 240 (Rev. 10/03)
DELAWARE (Rev. 5/06)

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

_____
Plaintiff
V.
_____
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:   08-539-GMS

I, _____ declare that I am the (check appropriate box)

☐ Petitioner/Plaintiff/Movant       ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?   ☐ Yes   ☐ No   (If "No" go to Question 2)

    If "YES" state the place of your incarceration _____

    **Inmate Identification Number (Required):**_____

    Are you employed at the institution? _____ Do you receive any payment from the institution? _____

    _**Attach a ledger sheet from the institution of your incarceration detailing all transactions over the past six months**_.

2.  Are you currently employed?   ☐ Yes   ☐ No

    a.  If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b.  If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have you received any money from any of the following sources?

    a.  Business, profession or other self-employment     ☐ Yes   ☐ No
    b.  Rent payments, interest or dividends              ☐ Yes   ☐ No
    c.  Pensions, annuities or life insurance payments    ☐ Yes   ☐ No
    d.  Disability or workers compensation payments       ☐ Yes   ☐ No
    e.  Gifts or inheritances                             ☐ Yes   ☐ No
    f.  Any other sources                                 ☐ Yes   ☐ No

    If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev 5/06)

4. Do you have any cash or checking or savings accounts?    ☐ Yes    ☐ No

   If "Yes" state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

   ☐ Yes    ☐ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state *NONE* if applicable.

   I declare under penalty of perjury that the above information is true and correct.

   _____         _____
   DATE                            SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.